Aaron J. Tolson
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | Case No. 20-40984 |
| ) | |
| THE LEED CORPORATION, ) | **MOTION FOR TEMPORARY RESTRAINING ORDER/ MOTION FOR PRELIMINARY INJUNCTION** |
| ) | |
| Debtor. ) | |
| ) | |

    Debtor, The Leed Corporation, by and through its attorney of record, Tolson & Wayment, PLLC, moves this Court for an order entering a temporary restraining order and an injunction restraining creditors Diverse Capital, LLC, Fincoast Capital LLC, Spartan Business Solutions, LLC d/b/a Spartan Capital, and United Funding Company dba Tailored Fund Cap LLC, and Twin Falls Staffing, LLC from further pursuit of the court cases and/or enforcement of judgments in *Spartan Business Solutions, LLC d/b/a Spartan Capital v. The Leed Corporation d/b/a Green Cut and Lon Montgomery*, Supreme Court of the State of New York, County of Kings, Index No. 525546/2020, *Fincoast Capital LLC, v. Leed Corporation d/b/a Green Cut Sprinklers and Lon Eugene Montgomery*, Supreme Court of the State of New York, County of Kings, Index No. 524962/2020, *Diverse Capital, LLC v. The Leed Corporation d/b/a Green Cut Sprinklers and Lon Eugene Montgomery,* Supreme Court of the State of New York, County of

Westchester, Index No. 65211/2020, *Twin Falls Staffing, LLC dba Gem State Staffing v. The Leed Corporation and Lon E. Montgomery*, Twin Falls County Case No. CV42-20-4522, (all filed against Debtor and Lon E. Montgomer jointly.  Creditor United Funding Company dba Tailored Fund Cap LLC has not filed a lawsuit against Debtor and Lon E. Montgomery but has filed UCC liens that have frozen Debtor's accounts.

Debtor hereby seeks a restraining order and preliminary injunction preventing these creditors from taking any further action to enforce the debts owed by Debtor and Lon E. Montgomery until such time as The Leed Corporation's Plan of Reorganization is confirmed and becomes effective.  This motion is made pursuant to 11 U.S.C. § 105, Rule 65 of the Federal Rules of Civil Procedure and Rules 7065 and 7001(7) of the Federal Rules of Bankruptcy Procedure and is supported by the concurrently filed Memorandum and Affidavit of Lon G. Montgomery, which are incorporated here by reference.  A proposed form of Temporary Restraining Order is attached hereto as **Exhibit A**.

### NOTICE OF INTENT TO PRESENT EVIDENCE AND/OR WITNESSES

The Debtor provides notice, pursuant to Local Bankr. R. 9014.1 of its intent to present evidence through witnesses and/or documents at any hearing on this Motion.

DATED this 19th day of February, 2021.

AARON J. TOLSON
Attorney for Debtor

# EXHIBIT A

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-40984 |
| THE LEED CORPORATION, | ) |
| | ) |
| Debtor. | ) Chapter 11 (Sub-chapter V) |
| | ) |
| | ) |
| _____ | ) |

## **TEMPORARY RESTRAINING ORDER**

THIS MATTER came before the Court upon the motion of The Leed Corporation, pursuant to Fed. R. Bankr. P. 7065 and Fed. R. Civ. P, 65(b), for entry of a temporary restraining order against Diverse Capital, LLC, Fincoast Capital LLC, Spartan Business Solutions, LLC d/b/a Spartan Capital, and United Funding Company d/b/a Tailored Fund Cap. LLC, and Twin Falls Staffing, LLC ("Creditors"), and any and all agents of the same. The Court has reviewed the Debtor's motion, supporting memoranda, and affidavits. The Court being informed, and sufficient cause appearing:

IT IS HEREBY ORDERED, AND THIS DOES Order, that Debtor's motion for a temporary restraining order as to the continued litigation against the Debtor, in *Spartan Business Solutions, LLC d/b/a Spartan Capital v. The Leed Corporation d/b/a Green Cut and Lon Montgomery*, Supreme Court of the State of New York, County of Kings, Index No. 525546/2020, *Fincoast Capital LLC v. Leed Corporation d/b/a Green Cut Sprinklers and Lon Eugene Montgomery*, Supreme Court of the State of New York, County of Kings, Index No. 524962/2020, *Diverse Capital, LLC v. The Leed Corporation d/b/a Green Cut Sprinklers and Lon Eugene Montgomery*, Supreme Court of the State of New York, County of Westchester, Index No. 65211/2020, *Twin Falls Staffing, LLC d/b/a Gem State Staffing v. The Leed Corporation and Lon E. Montgomery*, Twin Falls

County Case No. CV42-20-4522, is GRANTED.

Such Order is based on the following:

1. The Debtor has provided sufficient evidence of the pendency and current procedural status of the State Proceeding.

2. The Debtor has provided sufficient evidence for the Court to conclude that the Debtor is necessary to the continued operation and preservations of the Debtor's assets and pursuit of a reorganization plan by the Debtor.

3. Debtor has provided sufficient evidence for the Court to conclude that it is likely that the Debtor will propose a Chapter 11 Plan which has a reasonable probability of being confirmed.

4. The Debtor has provided sufficient evidence for the Court to conclude that the Debtor will be hampered by continuing to direct the defense of the State Court Proceedings on behalf of itself.

5. The Debtor has shown sufficient evidence of the possibility of imminent and irreparable injury, lass or damage, and that the Motion could therefore be considered without significant notice to any interested parties.

6. The potential harm to Lon E. Montgomery, from issuance of temporary restraint is low given the nature of Creditor's claims (i.e., that they do not appear to be secured by any property), the ongoing reporting requirements imposed on the Debtor in its Chapter 11 proceeding, and the short duration of this restraining order and the current procedural posture of the State Court Proceeding.

7. Based on the foregoing, IT IS HEREBY FURTHER ORDERED, that Diverse Capital, LLC, Fincoast Capital LLC, Spartan Business Solutions, LLC d/b/a Spartan Capital, and United Funding Company d/b/a Tailored Fund Cap. LLC, and Twin Falls Staffing, LLC are RESTRAINED and PROHIBITED from further pursuing or

prosecuting the State Court Proceedings against the Debtor, absent either express Order of this Court or the expiration of the terms of this Temporary Restraining Order.

This Temporary Restraining Order is hereby ENTERED _____ a.m./p.m. this ___ day of February, 2021, and the same will expire _____ (____) days from the time and date of its entry unless extended by the Court.

IT IS FURTHER ORDERED that a telephonic hearing will be held before this Court on the ____ day of _____, 2021, at _____ a.m./p.m. at the United States Courthouse, _____, at which time the Court will consider whether to extend the term of the present Temporary Restraining Order, or to enter a Preliminary Injunction, or to vacate and terminate the Temporary Restraining Order. **This will be a telephonic hearing**, Parties should call in to the following conference line at least 10 minutes prior to the hearing:

    Judge Pappas' Conference Number: 1-877-336-1831
    Access Code: 7778335#

The Debtor is hereby ORDERED to effect service of this Order as required by applicable Rule and to file appropriate certificate(s) of service. //end of text//

Submitted by Aaron J. Tolson
Attorney for Debtor

Aaron J. Tolson
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtor

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 20-40984 |
| THE LEED CORPORATION, | ) |
| | ) |
| Debtor. | ) CHAPTER 11 (Subchapter V) |
| | ) |
| | ) |
| | ) |

**AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER**

STATE OF IDAHO        )
                      ) ss.
County of Bonneville  )

Lon Montgomery, first being duly sworn, deposes and says:

1. My name is Lon Montgomery, I am the President of The Leed Corporation.

2. I am over the age of 21 and am competent to testify to the matters stated herein.

3. The Leed Corporation filed its Chapter 11 (Subchapter V) on December 31, 2020.

4. Creditors, Diverse Capital, LLC, Fincoast Capital LLC, Spartan Business Solutions, LLC d/b/a Spartan Capital, and United Funding Company

1 -    AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

        d/b/a Tailored Fund Cap LLC, and Twin Falls Staffing, LLC in above action have pursued collection activities, against me personally because of a personal guarantee.

5. I have been personally threatened by two of the five Creditors.

6. The lawsuits and collection activities have caused me to be distracted from operating and performing the necessary operations of The Leed Corporation, and The Leed Corporation's plan shows it is confirmable.

7. Therefore, I ask this court to issue a Temporary Restraining Order on Creditors Diverse Capital, LLC, Fincoast Capital LLC, Spartan Business Solutions, LLC d/b/a Spartan Capital, and United Funding Company d/b/a Tailored Fund Cap LLC, and Twin Falls Staffing, LLC.

DATED this __18__ day of February, 2021.

                              _____
                              Lon Montgomery

SUBSCRIBED AND SWORN TO before me this __18__ day of February, 2021.



                            _____
                            NOTARY PUBLIC OF IDAHO
                            Residing at: Idaho Falls
                            Expires: 4-30-2023

2 -    AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2021, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

David A Coleman    david@crctflaw.com

Richard Friess    friess@thwlaw.com

Matthew W Grimshaw    matt@grimshawlawgroup.com, ID22@ecfcbis.com

Andrew Seth Jorgensen    andrew.jorgensen@usdoj.gov

Jason Ronald Naess    Jason.r.naess@usdoj.gov

Sheila Rae Schwager    sschwager@hawleytroxell.com, dsorg@hawleytroxell.com

Steven L Taggart    staggart@maynestaggart.com, rparson@maynestaggart.com;Taggartoffice01@gmail.com

Aaron J Tolson    ajt@aaronjtolsonlaw.com

US Trustee    ustp.region18.bs.ecf@usdoj.go

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

_____
Aaron J. Tolson
Attorney at Law

3 -    AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER