Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

*Attorney for Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>LEED CORPORATION (THE),<br><br>Debtor. | Case No. 20-40984 JDP<br><br>Chapter 11 Subchapter V |

### AFFIDAVIT IN SUPPORT OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL
### 11 USC § 331

STATE OF IDAHO         )
                       ) SS
County of Bonneville   )

Applicant, Aaron J. Tolson, of Tolson & Wayment, PLLC respectfully represents:

1. Your affiant is a partner in Tolson & Wayment, PLLC, the attorneys for the Debtors in the above-entitled Chapter 11 and makes this affidavit on his own knowledge, information, and belief.

2. Pursuant to a written retainer agreement, the affiant and his partner, Andrew M. Wayment, during the period of this Application charged a rate of $250.00 per hour. Your affiant was admitted to practice law in Idaho in 2002 and Andrew M. Wayment was admitted to practice in 2001 in Idaho.

AFFIDAVIT IN SUPPORT OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL 11 USC § 331
Page 1

3. The Debtors' petition was filed on December 31, 2020. Pursuant to the *Application to Employ Aaron J. Tolson as Attorney* filed and served on December 31, 2020 (Dkt. No. 9) Aaron J. Tolson has acted as attorney for the Debtors in the above-entitled proceedings. An amended application as required by the US Trustee has been circulated with negative notice and it is expected that this Order will be entered by the Court prior to the Court ordering the requested fees.

4. The attached **Exhibit A** constitute the date, work, and amount charged for the work performed on behalf of the Debtor and its estate in this Chapter 11. Exhibit "A" shows the task performed and the amount charged for the task. Exhibit "A" includes the detailed expenses incurred on Debtor's behalf for the same time period, which is the postage that was billed on 12/31/20, 1/7/21, 1/12/21, 3/12/21, 4/7/21, and 5/13/21.

5. The Debtor has been afforded an opportunity to review the application prior to filing and have approved the amounts requested.

6. Affiant states that Tolson & Wayment, PLLC has expended the total amount of $28,723.70 ($25,227.50 in fees and $3,496.20 in expenses) for such services that should be allowed and paid pursuant to the terms of the Confirmed Plan.

7. Affiant has not agreed to share any of the requested compensation with any other person who is not a member of Tolson & Wayment, PLLC.

8. Affiant respectfully submits that given the submitted hourly rates, the actual amounts charged, his level of experience, and the progress/outcome in this case to date, the amount requested satisfies the standards set forth in 11 U.S.C. § 330 and related sections and Rules.

AFFIDAVIT IN SUPPORT OF FIRST APPLICATION FOR ALLOWANCE OF INTERIM FEES AND COSTS FOR COUNSEL 11 USC § 331
Page 2

DATED this 14th day of May, 2021.

                                                  TOLSON & WAYMENT, PLLC

                                                  Aaron J. Tolson

SUBSCRIBED AND SWORN TO before me this 14 day of May, 2021.

                                                  Holly B. Pattee
                                                  NOTARY PUBLIC
                                                  Residing at: Idaho Falls
                                                  Expires: 4-30-2023

# EXHIBIT A

| DATE | ATTY/ Paralegal | DESCRIPTION OF WORK | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/31/21 | HP | Mailing attorney application to top 20 creditors. | 1.0 | $75 | $75.00 |
| 12/31/21 |  | 20 letters mailed, postage .55 per letter ($11.00) 0.40 per envelope ($8.00), 20 copies per letter, .25 per copy ($100.00) |  |  | $119.00 |
| 1/04/21 | AJT | Worked on Motion to use cash collateral and budget. | 3.9 | $250 | $975.00 |
| 1/04/21 | AJT | Worked on motion for temporary restraining order. | 1.0 | $250 | $250.00 |
| 1/05/21 | AMW | Draft work on Motion to use cash collateral. | 0.7 | $250 | $175.00 |
| 1/05/21 | AJT | Setting up IDI. | 0.3 | $250 | $75.00 |
| 1/05/21 | AJT | Calls with attorneys involved in cash collateral. | 1.0 | $250 | $250.00 |
| 1/05 | AJT | Call with client. | 1.1 | $250 | $275.00 |
| 1/05 | AJT | Working on required amendments to list further creditors and equipment. | 0.8 | $250 | $200.00 |
| 1/05 | AJT | Working on 2015.3 report. | 2.3 | $250 | $575.00 |
| 1/06/21 | AMW | Call to client. | 0.5 | $250 | $125.00 |
| 1/06/21 | AMW | Draft and amendments on Motion to use cash collateral. | 0.8 | $250 | $200.00 |
| 1/06/21 | AMW | Strategy meeting on SSP. | 0.5 | $250 | $125.00 |
| 1/06/21 | AJT | Finalizing motion for restraining order. | 2.0 | $250.00 | $500.00 |
| 1/06/21 | HP | Amending Petition to add EIN number, obtaining signature, filing. | 0.4 | $75.00 | $30.00 |
| 1/07/21 | AJT | Worked on Budget for Motion to Use Cash Collateral. | 3.0 | $250.00 | $750.00 |

| 1/07/21 | HP | Filing and serving Motion for Cash Collateral and Motion for restraining order. | 2.0 | $75.00 | $150.00 |
| 1/07/21 | | 77 letters mailed, postage .55 per letter ($42.35) 0.40 per envelope ($30.80), 15 copies per letter, .25 per copy ($288.75) | | | $361.90 |
| 1/08/21 | AJT | Preparing and filing Motion to Shorten Time. | 0.4 | $250.00 | $100.00 |
| 1/12/21 | | 20 letters mailed, postage .55 per letter ($11.00) 0.40 per envelope ($8.00), 9 copies per letter, .25 per copy ($45.00) | | | $64.00 |
| 1/12/21 | HP | Filing and serving Application to Employ Accountant. | 1.0 | $75.00 | $75.00 |
| 1/13/21 | AJT | Cash Collateral hearing. | 1.1 | $250.00 | $275.00 |
| 1/13/21 | AMW | Prepared draft of Cash Collateral Order. | 0.7 | $250.00 | $175.00 |
| 1/19/21 | AJT | Review of Stay Lift Motion and doing response. | 1.9 | $250.00 | $475.00 |
| 1/19/21 | AJT | Preparing corporate filings. | 0.6 | $250.00 | $150.00 |
| 1/26/21 | AJT | Initial plan prepared. | 7.6 | $250.00 | $1,900.00 |
| 1/27/21 | AJT | Prepared budget with proposed income and expenses for one year. | 0.8 | $250.00 | $200.00 |
| 1/27/21 | AJT | Prepared for IDI. | 1.1 | $250.00 | $275.00 |
| 1/27/21 | AJT | Participated with client principal in initial disclosures meeting | 1.9 | $250.00 | $475.00 |
| 1/28/21 | AMW | Prepared draft of order allowing use of cash collateral. | 1.0 | $250.00 | $250.00 |
| 1/29/21 | AJT | Attended 341 Hearing | 3.0 | $250.00 | $750.00 |
| 2/02/21 | AMW | Prepared draft of Motion to Assume Executory Contract. | 1.2 | $250.00 | $300.00 |
| 2/05/21 | AJT | Working on gathering required information and further amendments to | 5.4 | $250.00 | $1,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | schedules as determined in 341 meeting. | | | |
| 2/10/21 | AJT | Working on preconference report. | 1.0 | $250.00 | $250.00 |
| 2/15/21 | AJT | Call with client. Reviewing evaluations by Lon. | 2.2 | $250.00 | $550.00 |
| 2/18/21 | AJT | Prepared draft of Motion for Temporary Restraining Order. | 1.3 | $250.00 | $325.00 |
| 2/19/21 | AJT | Further draft work on plan and signing. | 8.0 | $250.00 | $2,000.00 |
| 2/19/21 | AJT | Prepared draft of Motion to Increase Retainer to pay Matt Grimshaw fee. | 0.5 | $250.00 | $125.00 |
| 2/19/21 | | Bankruptcy Filing Fee for additional creditors. | | | $32.00 |
| 2/24/21 | AJT | Preparation and participation in status conference for client. | 0.5 | $250.00 | $125.00 |
| 2/24/21 | AJT | Review of COD and communications by email and phone with critical vendor. | 1.1 | $250.00 | $275.00 |
| 2/24/21 | AJT | Dealing with Stay Relief Motion by storage facility, asking them for a workout. | 0.4 | $250.00 | $100.00 |
| 2/25/21 | AJT | Began working on Plan Amendment. Reviewed bankruptcy code for Sub V provisions. | 0.4 | $250.00 | $100.00 |
| 2/26/21 | AJT | Call to client. | 0.2 | $250.00 | $50.00 |
| 2/27/21 | AJT | Prepared employment application for real estate agent Mr. Hadden. | 0.8 | $250.00 | $200.00 |
| 3/01/21 | AMW | Prepared draft of the history for the BK Plan. | 0.7 | $250.00 | $175.00 |
| 3/02/21 | AMW | Worked on Plan Amendments. | 0.6 | $250.00 | $150.00 |
| 3/02/21 | AJT | Call with David Coleman to work out Stipulation to resolve Motion to Lift Stay. | 0.4 | $250.00 | $100.00 |
| 3/02/21 | AJT | Working on revisions to plan and order. | 0.3 | $250.00 | $75.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/03/21 | AMW | Reviewed emails from client and responded. | 0.3 | $250.00 | $75.00 |
| 3/03/21 | AMW | Input balloting information into the amended plan and created ballot. | 0.8 | $250.00 | $200.00 |
| 3/03/21 | AMW | Doing and putting liquidation analysis in the amended plan. | 1.3 | $250.00 | $325.00 |
| 3/03/21 | AMW | Calls to client and emailed draft to client. | 0.2 | $250.00 | $50.00 |
| 3/04/21 | AMW | Reviewed email from Lon and printed information for Aaron. | 0.1 | $250.00 | $25.00 |
| 3/11/21 | AJT | Phone call with client and Matt Grimshaw. | 0.9 | $250.00 | $225.00 |
| 3/12/21 | AJT | Drafting on amended plan. | 3.3 | $250.00 | $825.00 |
| 3/12/21 | AJT | Drafting Motion to Sell. | 1.8 | $250.00 | $450.00 |
| 3/12/21 | AJT | Reviewing Executory Contracts. | 0.9 | $250.00 | $225.00 |
| 3/12/21 | | 111 letters mailed, postage $1.65 per letter ($183.15) 0.40 per envelope ($44.40), 34 copies per letter, .25 per copy ($943.50) | | | $1,171.05 |
| 3/12/21 | HP | Serving and Mailing plan. | 3.4 | $75.00 | $255.00 |
| 3/16/21 | AJT | Continued 341 preparation. | 0.9 | $250.00 | $225.00 |
| 3/16/21 | AJT | Attendance at 341 with client principal and meeting with client. | 1.9 | $250.00 | $475.00 |
| 3/18/21 | AJT | Working on issues with tractor and attachment repairs. | 0.4 | $250.00 | $100.00 |
| 4/07/21 | | 111 letters mailed, postage $1.65 per letter ($183.15) 0.40 per envelope ($44.40), 36 copies per letter, .25 per copy ($999.00) | | | $1,226.55 |
| 4/07/21 | HP | Serving and mailing amended plan and several motions. | 3.1 | $75.00 | $232.50 |
| 4/08/21 | AJT | Soliciting ballots from creditors. | 2.9 | $250.00 | $725.00 |
| 4/09/21 | AJT | Soliciting ballots from creditors. | 3.9 | $250.00 | $975.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/21 | AJT | Calls about rescheduling due to Matt Grimshaw. | 0.3 | $250.00 | $75.00 |
| 4/13/21 | AJT | Prepared amended notice of hearing. | 0.4 | $250.00 | $100.00 |
| 4/14/21 | AJT | Working to get a stipulation with SSP Strategies. | 0.6 | $250.00 | $150.00 |
| 4/14/21 | AJT | Working out Stipulation with Maynes/Taggart and Olsen. | 1.1 | $250.00 | $275.00 |
| 4/16/21 | AJT | Call with US Trustee. | 0.3 | $250.00 | $75.00 |
| 4/16/21 | AJT | Working on balloting summary and response to objection by US Trustee. | 2.2 | $250.00 | $550.00 |
| 4/19/21 | AJT | Call with Matt Grimshaw about status of the case and his ability to work. | 0.4 | $250.00 | $100.00 |
| 4/19/21 | AJT | Further work on balloting summary. | 2.8 | $250.00 | $700.00 |
| 4/30/21 | AJT | Draft and revision of confirmation order. | 0.4 | $250.00 | $100.00 |
| 5/06/21 | AJT | Attended confirmation hearing, motion to sell, and motion to employ. | 0.6 | $250.00 | $150.00 |
| 5/06/21 | AJT | Research on and drafting confirmation order. | 1.7 | $250.00 | $425.00 |
| 5/06/21 | AJT | Call with client about taxes and sending relevant tax forms to IRS. | 0.3 | $250.00 | $75.00 |
| 5/06/21 | AJT | Draft and revision of confirmation order and recirculation. | 0.4 | $250.00 | $100.00 |
| 5/07/21 | AMW | Worked on Application for Attorney fees and Affidavit. | 0.5 | $250.00 | $125.00 |
| 5/10/21 | AMW | Continued drafting Application and Affidavit for attorney fees. | 2.0 | $250.00 | $500.00 |
| 5/13/21 | AJT | Review of final order, email to client. | 0.2 | $250.00 | $50.00 |
| 5/13/21 | AJT | Drafting negative notice on employment and order for employment. | 0.3 | $250.00 | $75.00 |
| 5/13/21 | HP | Serving and mailing application for fees and related documents. | 1.8 | $75.00 | $135.00 |

| 5/13/21 | | 111 letters mailed, postage $0.55 per letter ($61.05) 0.40 per envelope ($44.40), 15 copies per letter, .25 per copy ($416.25) | | | $521.70 |
|---|---|---|---|---|---|
| | | | | | |
| **TOTAL** | | | 108.1 HOURS | | $28,723.70 |